IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EYBERTH MARIA MONTES AGUILLON, | § § § | |
| Petitioner, | § § | |
| v. | § | CAUSE NO. EP-26-CV-71-KC |
| PAMELA BONDI, et al., | § § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered the case. On February 4, 2026, Respondents informed the Court that Petitioner was granted release on a $1,500 bond, but that she had not yet posted bond. Advisory, ECF No. 8. According to Petitioner, on February 4, Petitioner's obligor "submitted an online bond payment which appeared to process at 2:48MT." Resp. 2, ECF No. 9. Despite "the fact that the bond was submitted during business hours, and Assistant United States Attorneys were made aware of the bond payment," Petitioner was not released. *Id.* Petitioner thus stated she would seek immediate release without bond and move for an order to show cause for contempt if bond was not accepted by February 5. Petitioner, however, did not submit a filing on February 5. And, on February 6, the Court searched the ICE Detainee Locator system, which shows that Petitioner is not in custody.[1]

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** an updated notice stating whether she remains in custody or has been released **by no later than February 9, 2026**.

---

[1] *See* ICE Detainee Locator, https://locator.ice.gov/odls/#/results.

**SO ORDERED**.

**SIGNED** this 6th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE