IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **EYBERTH MARIA MONTES AGUILLON,** § § § | |
| Petitioner, § § | |
| v. § § | CAUSE NO. EP-26-CV-71-KC |
| **PAMELA BONDI, et al.,** § § § | |
| Respondents. § | |

## SHOW CAUSE ORDER

On this day, the Court considered the case. On January 28, 2026, the Court granted in part Eyberth Maria Montes Aguillon's Petition for Writ of Habeas Corpus and ordered Respondents to (1) provide her with a bond hearing before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Jan. 28, 2026, Order 3, ECF No. 7. Now, Montes Aguillon informs the Court that although she has been released from physical custody upon her payment of a $1,500.00 bond, Respondents have imposed an "unreasonable condition of release"—an ankle monitor. *See* Notice, ECF No. 11. This is unreasonable, Montes Aguillon argues, because the Immigration Judge ("IJ") "did not impose the ankle monitor requirement, he ordered Petitioner's release upon payment of a $1,500 bond." *Id.* at 2.

Because the IJ did not condition Montes Aguillon's release on anything beyond payment of bond, such as discretionary alternatives to detention, including the use of an ankle monitor, it is unclear what, if any, legal basis the Government has to subject Montes Aguillon to an ankle monitor.

Accordingly, Respondents are **ORDERED** to **SHOW CAUSE** by <u>**no later than February 17, 2026**</u>, why the Court should not order that the ankle monitor be removed. Respondents must specifically identify what authority permits such monitoring of an individual who has paid bond as required by an IJ's order. The Court will set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response.

    **SO ORDERED**.

    **SIGNED** this 10th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE