IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **EYBERTH MARIA MONTES AGUILLON,** | § § § | |
| Petitioner, | § § | |
| v. | § | **CAUSE NO. EP-26-CV-71-KC** |
| **PAMELA BONDI, et al.,** | § § § | |
| Respondents. | § § | |

## ORDER

On this day, the Court considered the case. On January 28, 2026, the Court granted in part Eyberth Maria Montes Aguillon's Petition for Writ of Habeas Corpus and ordered Respondents to (1) provide her with a bond hearing before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Jan. 28, 2026, Order 3, ECF No. 7.

On February 9, Montes Aguillon informed the Court that although she has been released from physical custody upon her payment of a $1,500.00 bond, Respondents had imposed an "unreasonable condition of release" that was not ordered by the IJ—an ankle monitor. *See* Notice, ECF No. 11. The Court ordered Respondents to show cause why the Court should not order the ankle monitor removed. Feb. 10, 2026, Order 2, ECF No. 12. And, on February 17, Respondents filed a Response, ECF No. 13.

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** a reply to Respondents' Response **by no later than February 25, 2026**.

**SO ORDERED**.

**SIGNED this 18th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE