## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **EYBERTH MARIA MONTES AGUILLON,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § | **CAUSE NO. EP-26-CV-71-KC** |
| | § | |
| **PAMELA BONDI, et al.,** | § § | |
| **Respondents.** | § § | |

### FINAL JUDGMENT

On this day, the Court considered the case. On January 28, 2026, the Court granted in part Eyberth Maria Montes Aguillon's Petition for Writ of Habeas Corpus, ECF No. 1, and ordered Respondents to (1) provide her with a bond hearing before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Jan. 28, 2026, Order 3, ECF No. 7.

On February 9, Montes Aguillon informed the Court that although she has been released from physical custody upon her payment of a $1,500.00 bond, Respondents had imposed a condition of release that was not ordered by the IJ—an ankle monitor. *See* Notice, ECF No. 11. On February 25, the Court ordered Respondents to remove the ankle monitor. Feb. 25, 2026, Order 4, ECF No. 16. Respondents have now informed the Court that on February 26, 2026, "Petitioner's ankle monitor was removed." Advisory, ECF No. 17.

Therefore, it appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Feb. 25, 2026, Order; Jan. 28, 2026, Order. Accordingly, **the Clerk shall close**

**the case**.  To the extent Montes Aguillon wishes to seek additional relief from the Court, she may file a motion to reopen.

> **SO ORDERED**.

> **SIGNED this 5th day of March, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE